# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Maurice A Allen | ) | Chapter 13 |
| | ) | Case No. 14 B 17256 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Maurice A Allen  
7628 Marshfield Ave  
Chicago, IL 60620

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On November 21, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, November 12, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On May 07, 2014, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 08, 2014, for a term of 36 months with payments of $125.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 66 | $8,250.00 | $7,750.00 | $500.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/12/2019  
Due Each Month: $125.00  
Next Pymt Due: 12/06/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/26/2017 | 4431890 | $250.00 | 11/01/2017 | 953712 | $310.00 |
| 11/13/2017 | 9212651956 | $125.00 | 03/12/2018 | 9282540681 | $500.00 |
| 04/23/2018 | 4854740000 | $125.00 | 04/23/2018 | 4854740003Other | $125.00 |
| 08/13/2018 | 9569619534 | $500.00 | 12/13/2018 | 5465533000 | $125.00 |
| 03/01/2019 | 273544 | $500.00 | 05/23/2019 | 1540733421 | $375.00 |
| 06/10/2019 | 1113474 | $125.00 | 08/23/2019 | 1101678792 | $125.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE